```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION

DIANE HILLIARD,                 }
                                }
     Plaintiff,                 }
                                }      CIVIL ACTION NO.
v.                              }      2:15-cv-1158-WMA
                                }
ALABAMA DEPARTMENT OF           }
TRANSPORTATION,                 }
                                }
     Defendant.                 }
```

**MEMORANDUM OPINION**

On July 14, 2015 this court granted the application of Diane Hilliard to file a complaint against Alabama Department of Transportation but expressly required her within 30 days from that date, upon penalty of dismissal for want of prosecution, to file "an amended complaint, complying with the Federal Rules of Civil Procedure (and, in particular, referring to the federal statute or statutes being invoked)." No such amendment has been filed.

Despite Ms. Hilliard's assertion that she filed a charge with the EEOC and that a copy of her charge is attached to her complaint, there is no such item attached, making it impossible for the court to know the statutory basis, if any, for plaintiff's complaint and the basis for jurisdiction in this court. The court realizes that plaintiff is not learned in the law, but this court cannot call upon Alabama Department of Transportation to answer an incomprehensible complaint that is facially lacking in merit. A separate order of dismissal will be entered.

DONE this 17th day of August, 2015.

                                                _____
                                                WILLIAM M. ACKER, JR.
                                                UNITED STATES DISTRICT JUDGE